## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) EDWARD WASHINGTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 20-cv-494-JED-CDL |
| | ) | |
| (1) WAL-MART STORES EAST L.P. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through his attorneys of record, and Defendant, by and through its attorneys of record, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice.

Dated this 16th day of July, 2021.

Respectfully submitted,

**RICHARDSON RICHARDSON BOUDREAUX**


/s/  Colton L. Richardson
Charles L. Richardson, OBA #13388
Colton L. Richardson, OBA #33767
7447 South Lewis Avenue
Tulsa, Oklahoma 74136-6808
(918) 492-7674 *Telephone*
(918) 493-1925 *Facsimile*
**Attorneys for Plaintiff**

**Stipulated and Approved by:**


/s/ Mark T. Steele
Mark T. Steele, OBA # 14078
Alexandra E. Pratt, OBA # 32657
LATHAM, STEELE, LEHMAN, KEELE, RATCLIFF, FREIJE & CARTER, P.C.
1515 East 71st Street. Suite 200
Tulsa, OK 74136
**Attorneys for Defendant**
**Wal-Mart Stores East, L.P.**

## CERTIFICATE OF DELIVERY

I hereby certify and acknowledge that a true and correct copy of the above and foregoing instrument was mailed with proper postage thereon fully prepaid on the 16th day of July, 2021 to the following counsel of record:


Mark T. Steele, OBA # 14078
Alexandra E. Pratt, OBA # 32657
LATHAM, STEELE, LEHMAN,
KEELE, RATCLIFF, FREIJE & CARTER, P.C.
1515 East 71st Street. Suite 200
Tulsa, OK 74136
*Attorneys for Defendant*
*Wal-Mart Stores East, L.P.*


/s/  *Colton L. Richardson*_____
*For the Firm*